1  JEFF GRANT (SBN 218974)
   JGrant@FoxRothschild.com
2  **FOX ROTHSCHILD LLP**
   10250 Constellation Blvd., Suite 900
3  Los Angeles, CA 90067
   Telephone:   (310) 598-4150
4  Facsimile:   (310) 556-9828

5  ERNEST EDWARD BADWAY (admitted *pro hac vice*)
   EBadway@FoxRothschild.com
6  **FOX ROTHSCHILD LLP**
   101 Park Ave., 17th Floor
7  New York, NY 10178
   Telephone:   (212) 878-7900
8  Facsimile:   (212) 692-0940

9  Attorneys for Plaintiff and
   Counter Defendant, LIAIGRE, INC.
10

11              **UNITED STATES DISTRICT COURT**
                **CENTRAL DISTRICT OF CALIFORNIA**
12

| | |
|---|---|
| LIAIGRE, INC., a Delaware Corporation, | Case No. 8:19-cv-01160-JAK-KES |
| Plaintiff, | |
| vs. | **DECLARATION OF ERNEST E. BADWAY IN SUPPORT OF PLAINTIFF LIAIGRE, INC.'S MOTION FOR SUMMARY JUDGMENT** |
| CALIFORNIA FURNITURE COLLECTION, INC. d/b/a ROBERT JAMES COLLECTION, a California Corporation; GINA B & COMPANY, INC., a California Corporation; and DOES 1-10, | |
| Defendants. | Hon. Judge John A. Kronstadt |
| _____ | |
| CALIFORNIA FURNITURE COLLECTION, INC. d/b/a ROBERT JAMES COLLECTION, a California Corporation; GINA B & COMPANY, INC., a California Corporation, | Date:      May 17, 2021<br>Time:      8:30 a.m.<br>Dept.:      10B |
| Counter-Claimants, | Complaint Filed: June 11, 2019<br>Trial Date:      TBD |
| vs. | |
| LIAIGRE, INC., a Delaware Corporation, | |
| Counter-Defendant. | |

1    I, Ernest Edward Badway, state and declare that I am a partner in the law firm

2  of Fox Rothschild LLP and am one of the attorneys representing Plaintiff Liaigire,

3
4  Inc. ("Liaigre"), in the above-captioned matter. I submit this Declaration in support of

5  Plaintiff's Motion for Summary Judgment.  This Declaration is based upon

6  information and belief and upon my personal knowledge.

7
     1.    Attached as Exhibit 1 is a true and correct copy of Liaigre's Complaint
8
9  filed on June 11, 2019.

10    2.    Attached as Exhibit 2 is a true and correct copy of Liaigre' Objections

11
12  and Amended Responses to Interrogatory No. 6.

13    3.    Attached as Exhibit 3 is a true and correct copy of excerpts from the

14  Deposition of Christophe Caillaud, taken on October 21, 2020.

15
16    4.    Attached as Exhibit 4 is a true and correct copy of excerpts from the

17  Deposition of Frauke Dorothea Meyer, taken on October 28, 2020.

18    5.    Attached as Exhibit 5 is a true and correct copy of excerpts from the

19
20  Deposition of Guillaume Rolland, taken on October 15, 2020.

21    6.    Attached as Exhibit 6 is a true and correct copy of a summary, including

22  relevant exerpts, from Liaigre's four books published between 2004 and 2020, bates

23
24  labeled as PLA004848-4895.

25    7.    Attached as Exhibit 7 is a true and correct copy of Liaigre's First

26  Supplemental Responses and Written Objections to Interrogatory No. 7.

27
28

8.      Attached as Exhibit 8 is a true and correct copy of excerpts from the

Deposition of Thais Roda as corporate representative of Liaigre, Inc., taken on

December 18, 2020.

9.      Attached as Exhibit 9 is a true and correct copy of Liaigre, Inc.'s U.S.

sales from years 2010-2014, produced as bates label PLA004353. (**CONFIDENTIAL**

**– FILED UNDER SEAL)**

10.      Attached as Exhibit 10 is a true and correct copy of an image of the front

door of Liaigre France's flagship store in Paris, France, bates labeled as PLA0000775.

11.      Attached as Exhibit 11 is a true and correct copy of an article entitled

*Christian Liaigre Death – Design-World Luminaries Memories*, bates labeled as

PLA004590-99.

12.      Attached as Exhibit 12 is a true and correct copy of the social media

announcement of the passing of Christian Liaigre on September 4, 2020, bates labeled

as PLA004417.

13.      Attached as Exhibit 13 is a true and correct copy of an article entitled

*Christian Liagire – Top Interior Designer,* bates labeled as PLA004189-4195.

14.      Attached as Exhibit 14 is a true and correct copy of an article entitled *Top

Interior Designers | Christian Liaigre,* bates labeled as PLA004197-4203.

15.      Attached as Exhibit 15 is a true and correct copy of an article entitled

*Christian Liaigre: Top Interior Designer,* bates labeled as PLA004205-4212.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

16.     Attached as Exhibit 16 is a true and correct copy of a New York Times Magazine article titled *Christian Liaigre, Minimalist Interior Designer, Dies at 77*, bates labeled as PLA004421-4426.

17.     Attached as Exhibit 17 is a true and correct copy of the book cover from the Liaigre 12 Projects Book Cover, bates labeled as PLA002344.

18.     Attached as Exhibit 18 is a true and correct copy of a November 27, 2018 advertisement titled *AD and Liaigre agree in love to a Horse*, bates labeled as PLA004362-63.

19.     Attached as Exhibit 19 is a true and correct copy of an article titled *Living in Luxury* which features Liaigre's Somaria Table and Misaine Table, bates labeled as PLA004397-4399.

20.     Attached as Exhibit 20 is a true and correct copy of an article titled *Liaigre – Fifth Avenue*, bates labeled as PLA004232-4236.

21.     Attached as Exhibit 21 is a true and correct copy of an article from Interior Design, bates labeled as PLA004364-4365.

22.     Attached as Exhibit 22 is a true and correct excerpt from the 2007 Liaigre book LAIGRE, bates labeled as PLA004896-5063.

23.     Attached as Exhibit 23 is a true and correct copy of the "CONTRAT DE TRAVAIL" (Employment Contract) signed by Christian Liaigre in 2009, bates labeled as PLA005734-5738. (**CONFIDENTIAL – FILED UNDER SEAL**)

24.     Attached as Exhibit 24 is a true and correct copy of the "CONTRAT DE CESSION DE DROIT DE PROPRIETE INTELLECTUELLE" (Contract of Assignment of Intellectual Property Rights) with Liaigre France signed by Christian Liaigre in 2009, bates labled as PLA005758-5765. (**CONFIDENTIAL – FILED UNDER SEAL**)

25.     Attached as Exhibit 25 is a true and correct copy of the CONTRAT D'TRAVAIL (Independent Contractor Agreement) signed by Guillaume Rolland in 2006, bates labeled as PLA005720-5723. (**CONFIDENTIAL – FILED UNDER SEAL**)

26.     Attached as Exhibit 26 is a true and correct copy of the CONTRAT DE TRAVAIL A DUREE INDETERMINEE (Ongoing Contract of Employment) signed by Frauke Meyer in 1999, bates labeled as PLA005730-5733. (**CONFIDENTIAL – FILED UNDER SEAL**)

27.     Attached as Exhibit 27 is a true and correct copy of excerpts from the Deposition of Christophe Caillaud as a corporate representative of Liaigre SAS taken on December 18, 2020.

28.     Attached as Exhibit 28 is a true and correct copy of a CONTRAT DE TRAVAIL DUREE INDETERMINEE (Ongoing Contract of Employment), bates labeled as PLA005766-5769. (**CONFIDENTIAL – FILED UNDER SEAL**)

29.     Attached as Exhibit 29 is a true and correct copy of a CONTRAT DE TRAVAIL A DUREE INDETERMINEE (Ongoing Contract of Employment), bates labeled as PLA005835-5839. (**CONFIDENTIAL – FILED UNDER SEAL**)

30.     Attached as Exhibit 30 is a true and correct copy of a CONTRAT DE TRAVAIL A DUREE INDETERMINEE (Ongoing Contract of Employment), bates labeled as PLA005841-5844. (**CONFIDENTIAL – FILED UNDER SEAL**)

31.     Attached as Exhibit 31 is a true and correct copy of a letter agreement dated February 15, 2012 from Christophe Caillaud to Mr. Jason Ryan, bates labeled as PLA00810-812.

32.     Attached as Exhibit 32 is a true and correct copy of Liaigre, Inc.'s date of incorporation as reflected by the public documents of the Delaware Secretary of State.

33.     Attached as Exhibit 33 is a true and correct copy of Liaigre Furniture advertisement schedule, produced as bates label PLA000818.

34.     Attached as Exhibit 34 is a true and correct copy of Liaigre's Records of Marketing Invoices, bates labeled as PLA002307-PLA002383.

35.     Attached as Exhibit 35 is a true and correct copy of Christian Liaigre National Media Schedule 2014, produced as bates label PLA000827.

36.     Attached as Exhibit 36 are true and correct excerpts from *12 Projects (Intérieurs & patrimoine) (12 Projects (Interiors & heritage)* book, bates labeled as PLA_004663; 4665-4669; 4672; 4678; 4681-4686; 4688; 4696-4697; 4699-4700;

4702; 4712-4715; 4723-4724; 4726; 4728; 4736; 4765; 4767; 4790; 4802-4803; 4717-4818; 4839; 4847.

37.     Attached as Exhibit 37 is a true and correct copy of November 2016 correspondence from a third party to Liaigre regarding the October 2016 High Point Design trade show, bates labeled as PLA005717; 5719.

38.     Attached Exhibit 38 is a true and correct copy of correspondence from a third party to Liaigre regarding the October 2017 High Point Design trade show, bates labeled as PLA005718.

39.     Attached as Exhibit 39 is a true and correct copy of seven Liaigre and Robert James side-by-side product comparisons, bates labeled as PLA5703-5709.

40.     Attached as Exhibit 40 is a true and correct copy of Liaigre's Bomarzo Side Table, with handwritten comments, bates labeled as GENTILE 3.

41.     Attached as Exhibit 41 is a true and correct copy of Liaigre's Calme Plat Bench, with handwritten comments, bates labeled as GENTILE 20.

42.     Attached as Exhibit 42 is a true a correct copy of excerpts from the Deposition of Lori Gentile, taken on November 25, 2020.

43.     Attached as Exhibit 43 is a true and correct copy of excerpts from the Deposition of Erik Vogt, taken on October 12, 2020.

44.     Attached as Exhibit 44 is a true and correct copy of an image of Liaigre's Maritime Chair, with handwritten comments from Erik Vogt stating "BRASILIA", bates labeled as CAL002299.

45.     Attached as Exhibit 45 is a true and correct copy of excerpts from the deposition of Erik Vogt as corporate representative of California Furniture Collection, Inc., taken on December 21, 2020.

46.     Attached as Exhibit 46 is a true and correct copy of excerpts from the deposition of Kian Manzanilla, taken on October 19, 2020.

47.     Attached as Exhibit 47 is a true and correct copy of correspondence between Ms. Gentile and Mr. Vogt, bates labeled as GENTILE0059.

48.     Attached as Exhibit 48 is a true and correct copy of an image of Liaigre's Corvette Desk, with handwritten comments from Erik Vogt stating "PALMERO DINING", bates labeled as CAL002300.

49.     Attached as Exhibit 49 is a true and correct copy of the Culture 2015 advertisement featuring Liaigre's Galion Console, bates labeled as PLA002317.

50.     Attached as Exhibit 50 is a true and correct copy of the New York Cottages and Gardens 2014 advertisement featuring Liaigre's Corvette Desk, bates labeled as PLA002355-2356.

51.     Attached as Exhibit 51 is a true and correct copy of the Hamptons Cottages and Gardens 2014 advertisement featuring Liaigre's Corvette Desk, bates labeled as PLA002358-2359.

52.     Attached as Exhibit 52 is a true and correct copy of the Design District Magazine 2014 advertisement featuring Liaigre's Corvette Desk, bates labeled as PLA002361-2362.

53.     Attached as Exhibit 53 is a true and correct copy of Galerie Magazine 2016 advertisement titled *Christian Liaigre's Luxe New Furniture Line* featuring Liaigre's Maritime Chair, bates labeled as PLA004391-4396.

54.     Attached as Exhibit 54 is a true and correct copy of Liaigre's Showroom locations in the United States, bates labeled as PLA005629-5652.

55.     Attached as Exhibit 55 is a true and correct copy of Robert James' Showroom locations in the United States, bates labeled as PLA005653-5655.

56.     Attached as Exhibit 56 is a true and correct copy of Liaigre's Showrooms and Retail locations, bates labeled as PLA000055; PLA000533.

57.     Attached as Exhibit 57 is a true and correct copy of the social media presence following Mr. Liaigre's death, bates labeled as PLA004413-4446.

58.     Attached as Exhibit 58 is a true and correct copy of excerpts from the Deposition of Anne Michaelsen, taken on November 20, 2020.

59.     Attached as Exhibit 59 is a true and correct copy of excerpts from the Deposition of Robert Hendrix, taken on November 23, 2020.

60.     Attached as Exhibit 60 is a true and correct copy of excerpts from the Deposition of Robert Spurlock, taken on November 23, 2020.

61.     Attached as Exhibit 61 is a true and correct copy of excerpts from the Deposition of Timothy G. Cassidy, taken on October 16, 2020.

62.     Attached as Exhibit 62 is a true and correct copy of Anne Michaelsen Design's cancelled order of six Liaigre Maritime chairs from Thomas Lavin, bates labeled as PLA000781. **(CONFIDENTIAL – FILED UNDER SEAL)**

63.     Attached as Exhibit 63 is a true and correct copy of Anne Michaelsen Design's Instagram post featuring CFC's Brasilia Chair, bates labeled as PLA000776-777.

64.     Attached as Exhibit 64 is a true and correct copy of a media article circulated in 2014 regarding Liaigre's first New York showroom, featuring Liaigre's Somaria Table, bates labeled as PLA004273-4277.

65.     Attached as Exhibit 65 is a true and correct copy of an interview with Darren Palmer from 2016, bates labeled as PLA004301-4305.

66.     Attached as Exhibit 66 is a true and correct copy of a letter agreement from Eric Schmitt to Christian Liaigre with English translation, bates labeled as PLA005710.

Dated:  February 16, 2021                      Respectfully submitted,

                                               */s/ Ernest Edward Badway*
                                               Ernest Edward Badway

119576000.v3