| | |
|---|---|
| 1 | JEFF GRANT (SBN 218974) |
| | JGrant@foxrothschild.com |
| 2 | **FOX ROTHSCHILD LLP** |
| | 10250 Constellation Blvd., Suite 900 |
| 3 | Los Angeles, CA 90067 |
| | Telephone:  310-598-4150 |
| 4 | Facsimile:  310-556-9828 |
| 5 | ERNEST EDWARD BADWAY (*pro hac vice*) |
| | EBadway@FoxRothschild.com |
| 6 | **FOX ROTHSCHILD LLP** |
| | 101 Park Ave., 17th Floor |
| 7 | New York, NY 10178 |
| | Telephone:  212-878-7900 |
| 8 | Facsimile:  212-692-0940 |
| 9 | Attorneys for Plaintiff and Counter-Defendant, |
| | LIAIGRE, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIAIGRE, INC., a Delaware Corporation, | Case No.: 8:19-CV-01160-JAK-KES |
| Plaintiff, | Hon. Judge John A. Kronstadt |
| v. | **DECLARATION OF ERNEST E. BADWAY IN SUPPORT OF PLAINTIFF LIAIGRE, INC.'S REPLY IN FURTHER SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** |
| CALIFORNIA FURNITURE COLLECTION, INC. d/b/a ROBERT JAMES COLLECTION, a California Corporation; GINA B & COMPANY, INC., a California Corporation; and DOES 1-10, | |
| Defendant. | |
| | Date:       May 17, 2021 |
| | Time:       8:30 a.m. |
| | Dept.:      10B |
| | Complaint Filed:  June 11, 2019 |
| | Trial Date:       TBD |
| CALIFORNIA FURNITURE COLLECTION, INC. d/b/a ROBERT JAMES COLLECTION, a California Corporation; GINA B & COMPANY, INC., a California Corporation, | |
| Counter-Claimants, | |
| vs. | |
| LIAIGRE, INC., a Delaware Corporation, | |
| Counter-Defendant. | |

**DECLARATION OF ERNEST E. BADWAY IN SUPPORT OF PLAINTIFF LIAIGRE, INC.'S REPLY IN FURTHER SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

I, Ernest Edward Badway, state and declare that I am a partner in the law firm of Fox Rothschild LLP and am one of the attorneys representing Plaintiff Liaigre, Inc. ("Liaigre") in the above-captioned matter. I submit this Declaration in support of Plaintiff Liaigre, Inc.'s Reply in Further Support of Its Motion for Summary Judgment. This Declaration is based upon my personal knowledge.

1. Attached as Exhibit 1 is a true and correct copy of email correspondence between counsel for Liaigre and counsel for Defendants from dates ranging between December 21, 2020 and January 8, 2021.

2. Attached as Exhibit 2 is a true and correct copy of the transcript of proceedings held before the Honorable Karen E. Scott on October 16, 2020.

3. Attached as Exhibit 3 is a true and correct copy of email correspondence between counsel for Liaigre and counsel for Defendants from dates ranging between October 28, 2020 and November 2, 2020. Following my office's request to meet and confer set forth in Exhibit 3, counsel for Defendants did not follow up on our offer to meet and confer on the issues further.

4. Attached as Exhibit 4 is a true and correct copy of a November 19, 2020 letter sent to me from L. Lisa Sandoval.

5. Attached as Exhibit 5 is a true and correct copy of email correspondence between counsel for Liaigre and counsel for Defendants from dates ranging between January 13, 2021 and January 14, 2021.

6. Attached as Exhibit 6 is a true and correct copy of excerpts from the Deposition of Lance Rake taken on January 28, 2021.

7. Attached as Exhibit 7 is a true and correct copy of excerpts from the Deposition of Nicolas Binctin taken on January 29, 2021.

//
//
//

**DECLARATION OF ERNEST E. BADWAY IN SUPPORT OF PLAINTIFF LIAIGRE, INC.'S REPLY IN FURTHER SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

I declare under penalty of perjury of the laws of the United States that the contents of this Declaration are true and correct.

Executed this 5th day of April 2021, in New York, New York.

Dated:  April 5, 2021                              Respectfully submitted,

*/s/ Ernest Edward Badway*
Ernest Edward Badway