| | |
|---|---|
| JEFF H. GRANT (SBN 218974)<br>JGrant@foxrothschild.com<br>**FOX ROTHSCHILD LLP**<br>Constellation Place<br>10250 Constellation Boulevard, Suite 900<br>Los Angeles, CA 90067<br>Telephone:  310.598.4150<br>Facsimile:    310.556.9828<br><br>ERNEST E. BADWAY (*pro hac vice*)<br>EBadway@foxrothschild.com<br>**FOX ROTHSCHILD LLP**<br>101 Park Ave., 17th Floor<br>New York, NY 10178<br>Telephone:  212-878-7900<br><br>Attorneys for Plaintiff<br>*Liaigre, Inc.* | SCOTT P. SHAW<br>SShaw@merchantgould.com<br>**MERCHANT & GOULD, LLP**<br>8383 Wilshire Blvd., Ste. 935<br>Beverly Hills, CA 90211<br>Telephone: 949-330-0202<br><br>Attorneys for Defendants, *California Furniture Collection, Inc. d/b/a Robert James Collection* and *Gina B & Company* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIAIGRE, INC., a Delaware Corporation,<br><br>                Plaintiff, Counter-Defendant,<br><br>        v.<br><br>CALIFORNIA FURNITURE COLLECTION, INC. D/B/A ROBERT JAMES COLLECTION, a California Corporation; GINA B & COMPANY, INC., a California Corporation; and DOES 1 -10,<br><br>                Defendants, Counter-Claimants. | Case No. 8:19-CV-01160-JAK-KES<br><br>**JOINT REPORT REGARDING UPCOMING STATUS CONFERENCE**<br><br>Judge:       Hon. John A. Kronstadt<br>Trial Date:       February 5, 2024<br><br>Date Action Filed:       June 11, 2019 |

In accordance with the Court's August 7, 2023 Order Re Joint Report on Scheduling (Dkt. No. 195), Plaintiff Liaigre, Inc. and Defendants California Furniture Collection, Inc. and Gina B & Company, Inc. (collectively, the "Parties") have conferred regarding the status conference scheduled for August 21, 2023. The

Parties do not have any matters to be raised with the Court at this time and respectfully request that the August 21, 2023 status conference be cancelled.

Respectfully submitted,

Dated: August 11, 2023    **FOX ROTHSCHILD LLP**

*/s/ Ernest Edward Badway*
Jeff H. Grant
Ernest Edward Badway

Attorneys for Plaintiff *Liaigre, Inc.*

Dated: August 11, 2023    **MERCHANT & GOULD, LLP**

*/s/ Scott P. Shaw*
Scott P. Shaw

Attorneys for Defendants, *California Furniture Collection, Inc. d/b/a Robert James Collection* and *Gina B & Company*