| | |
|---|---|
| JEFF H. GRANT (SBN 218974)<br>JGrant@FoxRothschild.com<br>**FOX ROTHSCHILD LLP**<br>Constellation Place<br>10250 Constellation Boulevard, Suite 900<br>Los Angeles, CA 90067<br>Telephone: 310.598.4150<br>Facsimile: 310.556.9828<br><br>ERNEST E. BADWAY (pro hac vice)<br>EBadway@FoxRothschild.com<br>**FOX ROTHSCHILD LLP**<br>101 Park Ave., 17th Floor<br>New York, NY 10178<br>Telephone: 212.878.7900<br>Facsimile: 212.692.0940<br><br>*Attorneys for Plaintiff/Counter-Defendant Liaigre, Inc.* | SCOTT P. SHAW<br>SShaw@merchantgould.com<br>**MERCHANT & GOULD, P.C.**<br>611 Wilshire Blvd., Suite 808<br>Los Angeles, CA 90017<br>Telephone: 949-330-0202<br><br>*Attorneys for Defendants, California Furniture Collection, Inc. d/b/a Robert James Collection and Gina B & Company* |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIAIGRE, INC., a Delaware Corporation,<br><br>       Plaintiff,<br><br>vs.<br><br>CALIFORNIA FURNITURE COLLECTION, INC. d/b/a ROBERT JAMES COLLECTION, a California Corporation; GINA B & COMPANY, INC., a California Corporation; and DOES 1-10,<br><br>       Defendants.<br><br>CALIFORNIA FURNITURE COLLECTION, INC. d/b/a ROBERT JAMES COLLECTION, a California Corporation; GINA B & COMPANY, INC., a California Corporation,<br><br>       Counter-Claimants,<br><br>vs.<br><br>LIAIGRE, INC., a Delaware Corporation,<br><br>       Counter-Defendant. | Case No. 8:19-CV-01160-JAK-KES<br><br>**DISPUTED JOINT STATEMENT OF THE CASE**<br><br>Hon. Judge John A. Kronstadt<br><br>Complaint Filed:   June 11, 2019<br><br>Final Pre-Trial<br>  Conference Date: January 22, 2024<br>  Hearing Time:      11:30 a.m.<br><br>Trial Date:   February 5, 2024<br>Trial Time:   9:00 a.m. |

Plaintiff Liaigre, Inc. ("Plaintiff" or "Liaigre USA") and Defendants California Furniture Collection, Inc. and Gina B & Company (collectively, "Defendants") submit their respective proposed statements of the case. Given the substantial differences in the parties' proposed statements, the parties do not believe submitting a red line of the competing proposed statements pursuant to this Court's Order Re Jury/Court Trial for Cases Assigned to Judge John A. Kronstadt will provide any value.

## I. PLAINTIFF'S PROPOSED STATEMENT OF THE CASE

This case involves the designs of various pieces of furniture. Liaigre SAS ("Liaigre France") is one of the most renowned furniture design companies in the world. Founded by visionary designer, Christian Liaigre, Liaigre France's furniture is known throughout the world for its artistic beauty that applies the genre of "minimalism" to furniture and combines a post-modern and 18th century aesthetic. Liaigre USA holds the exclusive right to exploit Liaigre France's furniture in the United States. Liaigre France and Liaigre USA are hereinafter collectively referred to as "Liaigre."

This case is an action for copyright and trade dress infringement, and common law trade dress infringement and unfair competition. A company is entitled to copyright protection pursuant to the laws of the United States. Further, a company can protect the appearance of its product designs where it can show that consumers have come to recognize the overall appearance of a product design as indicating that the product is made or sold by a single company. Such rights in product design are called trade dress rights and are like trademarks. Like a trademark, trade dress is a design, or a combination of design elements, used by a person to identify his or her product, to distinguish his or her product from those manufactured or sold by others, and to indicate the source of his product. Finally, a company is also entitled to certain California common law protections against unfair competition and common law trade dress protections.

|   |   |
|---|---|
| 1 | Defendant California Furniture Collection, Inc. ("CFC"), without consent |
| 2 | or authorization, copied and manufactured seven (7) distinct pieces of Liaigre |
| 3 | furniture, each of which was created and first exploited by Liaigre France in |
| 4 | France and, subsequently, sold in the United States by Liaigre USA under an |
| 5 | exclusive license. CFC and its authorized showroom seller, Defendant Gina B & |
| 6 | Company, Inc. ("Gina B"), then, without consent or authorization, manufactured, |
| 7 | marketed, offered for sale, sold, and/or distributed such furniture in the United |
| 8 | States. CFC and Gina B are hereinafter collectively referred to as "Defendants." |
| 9 | Defendants deny they unlawfully copied, manufactured, marked, offer, for sale, |
| 10 | sold, or distributed any infringing furniture. |
| 11 | The furniture pieces at issue in this case are Liaigre's Misaine Table, Galion |
| 12 | Console, Somaria Table, Calme Plat Bench, Maritime Chair, Corvette Desk, and |
| 13 | Centaure Table. These furniture pieces are collectively referred to as the "Liaigre |
| 14 | Furniture." CFC's Greycliff Dining Table, Santa Ynez Console, Greycliff |
| 15 | Occasional Table, Halcyon Bench, Brasilia Chair, Palmero Dining Table, and |
| 16 | Parisian Dining Table are hereinafter collectively referred to as the "CFC |
| 17 | Furniture." |
| 18 | Liaigre USA asserts three claims against Defendants: Copyright |
| 19 | Infringement, Trade Dress Infringement under the Lanham Act, and common law |
| 20 | trade dress infringement and unfair competition. |
| 21 | Regarding its copyright infringement claim, Liaigre USA alleges that |
| 22 | Defendants infringed Liaigre France's copyrights in six (6) pieces of Liaigre |
| 23 | Furniture—namely, the Misaine Table, Galion Console, Somaria Table, Calme |
| 24 | Plat Bench, Maritime Chair, and 2-legged and 3-legged Centaure Table—by |
| 25 | copying the protected elements of those pieces of Liaigre Furniture, and |
| 26 | manufacturing, advertising, offering for sale, selling, and distributing the CFC |
| 27 | Furniture, incorporating elements identical or substantially similar to the |
| 28 | protected elements of the Liaigre Furniture. Defendants deny they unlawfully |

copied or distributed any infringing furniture.

As to its trade dress infringement under the Lanham Act, Liaigre USA alleges that Defendants committed trade dress infringement and engaged in unfair competition by, unlawfully and without authorization, copying the protected trade dress of all seven (7) pieces of Liaigre Furniture, and manufacturing, advertising, offering for sale, selling, and distributing the CFC Furniture, incorporating the trade dress of the Liaigre Furniture. Defendants deny they unlawfully copied or distributed any infringing furniture.

As to it claim for common law trade dress infringement and unfair competition), Liaigre USA alleges that Defendants also committed common law trade dress infringement and unfair competition by, unlawfully and without authorization, copying the protected trade dress of all seven (7) pieces of Liaigre Furniture, and manufacturing, advertising, offering for sale, selling, and distributing the CFC Furniture, incorporating the protected trade dress of those pieces of Liaigre Furniture. Defendants deny they unlawfully copied or distributed any infringing furniture.

Defendant CFC has also copied, manufactured, marketed, offered for sale, sold, and distributed other furniture designed by Liaigre France, positioning itself in the furniture direct-to-designer sale market as a known source of manufactured copycat furniture items. CFC has accepted designer solicitations to copy Liaigre products, including the Liaigre Furniture, and then placed copies of the Liaigre products on the market for widespread sale, becoming a purveyor of its "knock-off" goods. Defendants deny that they have done so.

Liaigre seeks monetary damages from Defendants, while they contend that Liaigre is not entitled to monetary damages.

## II.   DEFENDANTS' PROPOSED STATEMENT OF THE CASE

Plaintiff and Counter-defendant Liaigre, Inc. is a furniture company that is seeking to enforce alleged copyrights and/or trade dress rights in eight separate

pieces of furniture. The Plaintiff and Counter-defendant's furniture are marketed and sold under the brand name LIAIGRE, which is a French-owned company named Liaigre SAS or Liaigre France. The Plaintiff and Counter-defendant Liaigre, Inc. is the subsidiary of Liaigre France. Liaigre, Inc. claims that Defendants and Counter-Plaintiffs California Furniture Collection, Inc. d/b/a Robert James Collection and Gina B. & Company, Inc. have infringed purported copyrights and trade dress that Liaigre, Inc. claims it owns and/or has a license to use, and it is seeking profits from the Defendants and Counter-Plaintiffs.

Defendants and Counterclaimants deny that Liaigre France owns copyrights in the LIAIGRE furniture, and further deny that any purported copyright or trade dress rights exist in the eight separate pieces of LIAIGRE furniture. Defendants and Counterclaimants have sold similar furniture under the brand name ROBERT JAMES COLLECTION, and contend that consumers are not likely to be confused regarding the source of origin of the products. Defendants and Counterclaimants have counter-sued claiming that Liaigre, Inc. is not entitled to claim copyrights in the eight separate pieces of LIAIGRE furniture. Defendants and Counterclaimants further deny that Plaintiff and Counter-defendant is entitled to recover any money.

Dated: January 8, 2024            **FOX ROTHSCHILD LLP**

                                  By:   */s/ Ernest Edward Badway*
                                        Jeff Grant
                                        Ernest Edward Badway

                                        *Attorneys for Plaintiff and Counter Defendant Liaigre, Inc.*

| | | |
|---|---|---|
| 1 | Dated: January 8, 2024 | **MERCHANT & GOULD, LLP** |
| 2 | | |
| 3 | | */s/ Scott P. Shaw* |
| 4 | | Scott P. Shaw |
| 5 | | Attorneys for Defendants, *California Furniture Collection, Inc. d/b/a Robert James Collection* and *Gina B & Company* |

DISPUTED JOINT STATEMENT OF THE CASE

6

**L.R. 5-4.3.4(a)(2)(i) Certification**

Scott Shaw authorized the ECF filing of this document on his behalf.

*/s/ Ernest Edward Badway*