JEFF H. GRANT (SBN 218974)
JGrant@FoxRothschild.com
**FOX ROTHSCHILD LLP**
Constellation Place
10250 Constellation Boulevard, Suite 900
Los Angeles, CA 90067
Telephone:  310.598.4150
Facsimile:   310.556.9828

ERNEST E. BADWAY (pro hac vice)
EBadway@FoxRothschild.com
**FOX ROTHSCHILD LLP**
101 Park Ave., 17th Floor
New York, NY 10178
Telephone:  212.878.7900
Facsimile:   212.692.0940

*Attorneys for Plaintiff/Counter-Defendant Liaigre, Inc.*

SCOTT P. SHAW (SBN 223592)
SShaw@merchantgould.com
**MERCHANT & GOULD, P.C.**
611 Wilshire Blvd., Suite 808
Los Angeles, CA 90017
Telephone: 949-330-0202

*Attorneys for Defendants/Counter-Claimants, California Furniture Collection, Inc. d/b/a Robert James Collection and Gina B & Company*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIAIGRE, INC., a Delaware Corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CALIFORNIA FURNITURE COLLECTION, INC. d/b/a ROBERT JAMES COLLECTION, a California Corporation; GINA B & COMPANY, INC., a California Corporation; and DOES 1-10,<br><br>　　　　Defendants.<br><br>CALIFORNIA FURNITURE COLLECTION, INC. d/b/a ROBERT JAMES COLLECTION, a California Corporation; GINA B & COMPANY, INC., a California Corporation,<br><br>　　　　Counter-Claimants,<br><br>　　vs.<br><br>LIAIGRE, INC., a Delaware Corporation,<br><br>　　　　Counter-Defendant. | Case No. 8:19-CV-01160-JAK-KES<br><br>Hon. Judge John A. Kronstadt<br><br>**JOINT STATEMENT REGARDING DISPUTED JURY INSTRUCTIONS**<br><br>Complaint Filed:  June 11, 2019<br><br>Final Pre-Trial<br>Conference Date: January 22, 2024<br>Hearing Time:    11:30 a.m.<br><br>Trial Date:   February 5, 2024<br>Trial Time:   9:00 a.m. |

TO THE COURT, PLEASE TAKE NOTICE OF THE FOLLOWING:

Plaintiff/Counter-Defendant Liaigre, Inc. and Defendants/Counter-Claimants California Furniture Collection, Inc. and Gina B & Company (collectively, the "Parties") hereby submit the following Joint Statement Regarding Disputed Jury Instructions.

Whereas, the Parties have exchanged and conferred over proposed jury instructions and agreed upon a set of Undisputed Jury Instructions that have been filed (ECF No. 221);

Whereas, the Parties are continuing to finalize their objections and legal positions in support of their respective proposed instructions; and

Whereas, the Parties apologize for tardiness but need additional time as they are working together cooperatively to finalize and file the set of Disputed Instructions, and expect to file the Disputed Jury Instructions by Wednesday, January 10, 2024. This date is still 12 days prior to the Final Pretrial Conference.

WHEREFORE, the Parties respectfully request that the Court allow them until Wednesday, January 10, 2024 to file their Disputed Jury Instructions.

Dated: January 8, 2024

Respectfully submitted,

**FOX ROTHSCHILD LLP**

*/s/ Ernest Edward Badway*
Jeff H. Grant
Ernest Edward Badway

*Attorneys for Plaintiff Liaigre, Inc.*

Dated: January 8, 2024

**MERCHANT & GOULD, PC.**

*/s/ Scott P. Shaw*
Scott P. Shaw

*Attorneys for Defendants/Counter-Claimants California Furniture Collection, Inc. d/b/a Robert James Collection and Gina B & Company*

**L.R. 5-4.3.4(a)(2)(i) Certification**

Scott Shaw authorized the ECF filing of this document on his behalf.

*/s/ Ernest Edward Badway*